# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

PATRICK DAILEY,

        Petitioner,     :    Case No. 1:22-cv-643

  - vs -                           District Judge Matthew W. McFarland
                                    Magistrate Judge Michael R. Merz

HAMILTON COUNTY, OHIO,

                                                 :

        Respondent.

## TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in the above case is hereby TRANSFERRED from The Honorable Kimberly A. Jolson to The Honorable Michael R. Merz to help balance the workload in the District.

November 6, 2023.

                                                        s/ *Michael R. Merz*
                                                United States Magistrate Judge