IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| PATRICK DAILEY, | : | Case No. 1:22-cv-643 |
| | : | |
| Petitioner, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| SHERIFF OF HAMILTON | : | |
| COUNTY, OHIO, | : | |
| | : | |
| Respondent. | : | |

---

## ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION

---

The Court has reviewed the pending Report and Recommendation of United States Magistrate Michael R. Merz (Doc. 41), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Petitioner failed to timely file objections to the Report and Recommendation in accordance with Fed. R. Civ. P. 72(b) and Fed. R. Civ. P. 6. Thus, the Court hereby **ADOPTS** the Report and Recommendation (Doc. 41) in its entirety.

Accordingly, for the reasons stated in the Report and Recommendation, this matter is **DISMISSED WITHOUT PREJUDICE** until the state court remedies have been exhausted. Additionally, because reasonable jurists would not disagree with this conclusion, Petitioner is **DENIED** a certificate of appealability. The Court **CERTIFIES** to the Sixth Circuit that any appeal would be objectively frivolous and is not permitted to proceed *in forma pauperis*. This matter is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____

JUDGE MATTHEW W. McFARLAND